

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joe Hand Promotions,
   Plaintiff

vs

Case No. C-1-02-383

Center City Pub,
   Defendants

Formerly assigned to Weber, J.

### ORDER

The Court having been advised by the parties that the within action has been settled;

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

            s/Susan M. Novotny
            Susan M. Novotny
            United States Magistrate Judge