575163 km

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **JOE HAND PROMOTIONS, INC.** | : | **CASE NO. C-1-02-383** |
| **Plaintiff** | : | **JUDGE WEBER** |
| vs. | : | **AGREED JUDGMENT ENTRY** |
| **CENTER CITY PUB, LLC** | : | |
| **Defendant** | : | |

By agreement of the parties, judgment is hereby rendered in favor of Plaintiff and against Defendant in the amount of $3,334.00 together with interest at the rate of 10.00% per annum from the date of this Entry and the costs of this action.

By further agreement of the parties Plaintiff shall stay execution on the judgment, with the exception of the filing of judgment lien provided Defendant make payments in the amount of $555.66 on or before December 15, 2003 and continuing on or before the 15th day of each succeeding month until the judgment and costs are paid in full.

In the event Defendant fails to make the aforesaid payments in a timely manner then Plaintiff shall have the right to execute on the outstanding balance of the judgment

together with all accrued interest and the costs of this action.

IT IS SO ORDERED.

_____
Judge

Approved by: _____
Robert K. Hogan (0024966)
Attorney for Plaintiff
Javitch, Block & Rathbone
602 Main Street, Suite 500
Cincinnati, Ohio 45202
(513) 744-9600


_____
Robert G. Kelly      0006167
Attorney for Defendant
4353 Montgomery Road
Norwood, Ohio 45212